1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  VIVIAN F. WANG  (CABN 27757)
   Assistant United States Attorney
4

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7431
        Fax: (415) 436-6548
7       Email:  Vivian.Wang@usdoj.gov

8  Attorneys for United States of America

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,              CASE NO.  CR 06-00748-002

14       Plaintiff,                        **WRIT OF CONTINUING GARNISHMENT**

15    v.                                   **(WAGE GARNISHMENT)**

16  DENNIS LEBORGNE
    AKA FRENCHY, DENIS LEBORGNE,
17

18       Defendant,

19
    MY RICAMBI LLC,
20
         Garnishee.
21

22  TO:   MY RICAMBI LLC
23        Attn:  Human Resources
          1499 SW 30th Avenue, Ste 4
24        Boynton Beach, FL 33426

25        **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**

26  **UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE**

27  **DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

28

Writ of Continuing Garnishment
Case No:  CR 06-00748-002

1

1   The name, last known address and last four digits of the social security number of the person

2   who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this

3   Writ are as follows:

4              Dennis Leborgne aka Frenchy, Denis Leborgne
               4790 Yardarm Lane

5              Boynton Beach, FL 33436
               Social Security Number (last four digits):  XXX-XX-7610

6

7   This Writ has been issued at the request of the United States of America to enforce the collection

8   of a criminal judgment entered in favor of the United States against the defendant for a debt in the

9   original amount of $30,100.00.   There is a balance of approximately $30,942.43.

10   The following are the steps that you must take to comply with this Writ.  If you have any

11   questions, you should consult with your attorney.

12   1.      Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession

13   any property of the defendant (including nonexempt disposable earnings from his wages, salary,

14   commissions or bonuses) in which the defendant has a substantial nonexempt interest, or if you obtain

15   custody, control, or possession of such property while this Writ is in effect, you must immediately

16   withhold such property from the defendant and retain it in your possession until you receive instructions

17   from the Court which will tell you what to do with the property.  With respect to the defendant's wages,

18   salary, commissions or bonuses; you must withhold twenty-five percent (25%) of such amount(s) after

19   all deductions required by law have been withheld.  See 28 U.S.C. § § 3205(a) and 3002(9).

20   2.      Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10**

21   **days** after service of this Writ upon you.  You must answer the Writ even if you do not have in your

22   custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your

23   answer must state, under oath, the following information:

24   a.      Whether or not you have in your custody, control, or possession, any property

25   owned by the defendant in which the defendant has a substantial nonexempt interest, including

26   nonexempt disposable earnings;

27   b.      a description of such property and the value of such property;

28

Writ of Continuing Garnishment
Case No:  CR 06-00748-002

1        c.       a description of any previous garnishments to which such property is subject and

2 the extent to which any remaining property is not exempt; and

3        d.       the amount of the debt you anticipate owing to the defendant in the future and

4 whether the period for payment will be weekly or another specified period.

5      For your convenience, a form which addresses the above-requested information is attached and

6 may be used to answer the Writ.

7      3.       After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

8 (c)(4), within ten (10) days after service of this Writ upon you, you must **mail or deliver** the original

9 answer bearing the original signature of the person preparing the answer to the Court at the following

10 address:

11      Robert F. Peckham Federal Building
       & United States Courthouse

12      Attn:  Clerk of Court
       280 South 1st Street, Room 2112

13      San Jose, CA 95113

14

     At the same time you mail or deliver the original answer to the Court, you must also **mail or**

15 **deliver** a copy of the original answer to both the defendant and attorney for the United States at the

16 following respective addresses:

17      Dennis Leborgne aka Frenchy, Denis Leborgne

18      4790 Yardarm Lane
       Boynton Beach, FL 33436

19

20      Vivian F. Wang, Assistant U. S. Attorney
       United States Attorney's Office

21      450 Golden Gate Avenue, 9th Floor
       P.O. Box 36055

22      San Francisco, CA 94102

23

     Please note that the attached form answer contains a **certificate of service** which needs to be

24 completed by the person mailing the copies of the answer to the defendant and the attorney for the

25 United States, and which needs to be filed with the Court along with the answer.

26      **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN**

27 **ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT**

28

Writ of Continuing Garnishment
Case No:  CR 06-00748-002

3

1  **FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE**

2  **WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE**

3  **THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO**

4  **SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT**

5  **WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S**

6  **NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE**

7  **EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO**

8  **THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN**

9  **THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION**

10  **REQUIRING YOU TO APPEAR.**

11

12

13                                              MARK B. BUSBY,
                                                Clerk of Court
                                                United States District Court
                                                for the Northern District of California
14

15

16  Dated:  April 6, 2023                  By:  _____
                                                Deputy Clerk
17

18

19

20

21

22

23

24

25

26

27

28

Writ of Continuing Garnishment
Case No:  CR 06-00748-002

4